FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0477

ROBYN DRISCOLL; MONTANA DEMOCRATIC PARTY; AND DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE,

Plaintiffs and Appellees,

v.

COREY STAPLETON, in his official capacity as Montana Secretary of State,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellant Corey Stapleton's motion for a 30-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including February 3, 2021, in which to prepare, serve, and file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 29 2020